IH-32

Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

ELI D. GOFFMNA,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:19-cv-06733 |
| SOTHEBY'S, et al. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

SHIVA STEIN,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:19-cv-06669-LGS |
| SOTHEBY'S, et al. | |
| Defendant | |

Page 1

IH-32    Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed and Judge Lorna G. Schofield is assigned to the case.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The later filed case arises out of the same transaction as the earlier filed case. Specifically, both cases arise from the Merger Agreement entered into on June 16, 2019, between Sotheby's and BidFair USA LLC and allege violations of Section 14(a) and 20(a) of the Securities Exchange Act of 1934.

Signature: /s/ Juan E. Monteverde    Date: 07/19/19

Firm: Monteverde & Associates PC